AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00613 |
| Julio Cesar Chang | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 9/23/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Julio Cesar Chang,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 09/23/2021

Issuing officer's signature
Digitally signed by G. Michael Harvey
Date: 2021.09.23 10:40:35 -04'00'

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 9/23/2021, and the person was arrested on *(date)* 10/19/21
at *(city and state)* Aventura, FL.

Date: 10/19/21

Arresting officer's signature

Colin Gregory, Special Agent
Printed name and title