UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 21-MJ-00613-GMH

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JULIO CESAR CHANG,

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Joseph R. Rosenbaum, Esq., after being granted leave to appear *Pro Hac Vice* [D.E. 11] and hereby notifies the Court of his appearance as counsel for Defendant JULIO CESAR CHANG. This appearance is made for trial and does not include an appeal. Undersigned requests to be provided with notice of all future proceedings set in this cause.

    Respectfully submitted,

    */s/ Joseph S. Rosenbaum*
    Joseph S. Rosenbaum, Esquire
    Florida Bar No. 240206

    ROSENBAUM & ACEVEDO, LLP
    40 NW 3rd Street, Suite 200
    Miami, Florida 33128
    Tel: (305) 446-6099
    Fax:(305) 675-6156
    Email: jsr@rosenbaumacevedolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2021, the undersigned electronically filed the foregoing document, Notice of Appearance with the Clerk of the Court using CM/ECF.

    */s/ Joseph S. Rosenbaum*
    Joseph S. Rosenbaum, Esquire
    Florida Bar No. 240206