IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 21-mj-000613-GMH |
| | : | |
| **JULIO CESAR CHANG,** | : | |
| **Defendant.** | : | |

### MOTION STRIKE APPEARANCE OF ATTORNEY
### ALLEN H. ORENBERG AND TO VACATE CJA APPOINTMENT

COMES NOW attorney Allen H. Orenberg and respectfully moves this Court to strike his appearance and to vacate the Criminal Justice Act appointment, effective November 19, 2021.

As grounds, the following is stated:

1. On October 26, 2021, the Court appointed counsel to represent defendant Julio Chang, pursuant to the Criminal Justice Act, and counsel entered his appearance in the above-captioned criminal cause. (Doc. 8)

2. On November 18, 2021, attorney Joseph S. Rosenbaum entered his appearance as retained counsel on behalf of defendant Julio Chang in the above-captioned criminal cause. (Doc. 12)

3. On the date/time of the filing of this Motion, counsel will forward a copy of this Motion to defendant Julio Chang.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, undersigned counsel respectfully moves this Court to strike

counsel's appearance and to vacate the Criminal Justice Act appointment, effective November 19, 2021.

                                            Respectfully Submitted,

                                            _____-S-_____
                                            Allen H. Orenberg, # 395519
                                            The Orenberg Law Firm, P.C.
                                            12505 Park Potomac Avenue, 6th Floor
                                            Potomac, Maryland 20854
                                            Tel. No. 301-984-8005
                                            Cell Phone No. 301-807-3847
                                            Fax No. 301-984-8008
                                            aorenberg@orenberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2021, a copy of the foregoing Motion Strike Appearance of Attorney Allen H. Orenberg and to Vacate CJA Appointment, was delivered to case registered parties by the CM/ECF court system.

                                            _____-S-_____
                                            Allen H. Orenberg